UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

TALARICO BROS. BUILDING CORP.; JOSEPH LOZINA, SR. AND JOSEPH LOZINA, JR.; JOHN GRACE; PHILIP PALMERI; MARK AND THERESA SCHULER; CONSTANTINO AND CHRISTINE ARGONA; JOHN RAYMOND; HAROLD WADE; WALTER AND BARBARA MICHAELS; ROBERT WARD AND BETTY MOTICKA; THE WHEELHOUSE, INC., AND THOMAS AND DEBORAH HARRISON; GARY EBERSOLE; DIETRICK BROTHERS, INC.; PAUL AND DIANE ZIUKO; 8001 BUFFALO AVE., INC.; 9524 NIAGARA FALLS BOULEVARD, LLC; BOWLEN ENTERPRISES, LTD.; 9540 NFB, LLC; GREATER NIAGARA BUILDING CENTER INC.; AND JOSEPH C. WEBER, INC.,

                Plaintiffs,

   v.

UNION CARBIDE CORPORATION; OCCIDENTAL CHEMICAL CORPORATION; AND BAYER CROPSCIENCE INC.,

                Defendants.

**STIPULATION**

Case No. 1:17-cv-01041-WMS

---

      The parties, through their undersigned counsel, hereby STIPULATE AND AGREE that all claims of Plaintiff PHILIP PALMERI are dismissed with prejudice as against all Defendants, with each party to bear its own fees and costs.

Dated:  Buffalo, New York
        August 7, 2024

| HARTER SECREST & EMERY LLP | PHILLIPS LYTLE LLP |
|---|---|
| By:  */s/ John G. Horn*  <br>       John G. Horn  <br>Attorneys for Plaintiffs  <br>50 Fountain Plaza, Suite 1000  <br>Buffalo, New York 14202  <br>Telephone No. (716) 853-1616  <br>jhorn@hselaw.com | By:  */s/ Kevin M. Hogan*  <br>       Kevin M. Hogan  <br>       Joshua Glasgow  <br>Attorneys for Defendant  <br>*Occidental Chemical Corporation*  <br>One Canalside  <br>125 Main Street  <br>Buffalo, New York 14203  <br>Telephone No. (716) 847-8400  <br>khogan@phillipslytle.com  <br>jglasgow@phillipslytle.com |
| THE STAMM LAW FIRM  <br>Brian G. Stamm  <br>Bradley J. Stamm  <br>1127 Wehrle Drive, Suite 100  <br>Williamsville, New York 14221  <br>Telephone No. (716) 259-1626  <br>bgstamm@stammlaw.com  <br>bradstamm@stammlaw.com | COPELAND & RICE LLP  <br>Morgan L. Copeland, Jr.  <br>Tracey K. Rice  <br>2777 Allen Parkway, Suite 977  <br>Houston, Texas 77019  <br>Telephone No. (832) 849-1800  <br>mcopeland@copelandrice.com  <br>trice@copelandrice.com |
|  | KING & SPALDING LLP  <br><br>By:  */s/ John L. Ewald*  <br>       John L. Ewald  <br>Attorneys for Defendant  <br>*Union Carbide Corporation*  <br>1185 Avenue of the Americas  <br>New York, New York 10036  <br>Telephone No. (212) 556-2100  <br>jewald@kslaw.com |

TO:    All Counsel of Record via CM/ECF

Doc #12076464