UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

TALARICO BROS. BUILDING CORP.; JOSEPH
LOZINA, SR. and JOSEPH LOZINA, JR.; JOHN
GRACE; PHILIP PALMERI; MARK and THERESA
SCHULER; CONSTANTINO and CHRISTINE
ARGONA; JOHN RAYMOND; HAROLD WADE;
WALTER and BARBARA MICHAELS; ROBERT
WARD and BETTY MOTICKA; THE
WHEELHOUSE, INC., and THOMAS and DEBORAH
HARRISON; GARY EBERSOLE; DIETRICK
BROTHERS, INC.; PAUL and DIANE ZIUKO; 8001
BUFFALO AVE., INC.; 9524 NIAGARA FALLS
BOULEVARD, LLC; BOWLEN ENTERPRISES,
LTD.; 9540 NFB, LLC; GREATER NIAGARA
BUILDING CENTER INC.; and JOSEPH C. WEBER,
INC.,

        Plaintiffs,

    v.

UNION CARBIDE CORPORATION; OCCIDENTAL
CHEMICAL CORPORATION; and BAYER
CROPSCIENCE INC.,

        Defendants.

_____

**SUPPLEMENTAL
FED. R. CIV. P. 7.1
CORPORATE
DISCLOSURE
STATEMENT**

Case No.:
1:17-cv-01041-MAV

      Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1, for its

Supplemental Corporate Disclosure Statement and Business Organization Party

Disclosures, defendant formerly known as Occidental Chemical Corporation, states that as

of September 30, 2025, Occidental Chemical Corporation completed an internal

reorganization.  As a result, Occidental Chemical Corporation is now known as

Environmental Resource Holdings LLC.  While Environmental Resource Holdings LLC

does not believe a motion to amend the case caption is required, it stands ready to file such

a motion if the Court directs it to do so.

The ultimate parent corporation of Environmental Resource Holdings LLC is Occidental Petroleum Corporation, a Delaware corporation.  Berkshire Hathaway Inc. indirectly owns 10% or more of the issued and outstanding shares of common stock of Occidental Petroleum Corporation.  No other publicly traded company owns more than 10% of the common stock of Occidental Petroleum Corporation.

Environmental Resource Holdings LLC does not believe that there are any persons whose identities may reasonably bear on the Court's decision whether to recuse, on motion or *sua sponte*.  This statement is filed solely for purposes of complying with the Federal and Local Rules and is not intended to operate as an admission of any factual allegation or legal conclusion and is submitted subject to and without waiver of any defenses, affirmative defenses, or objections.

Dated:  Buffalo, New York
       October 30, 2025

PHILLIPS LYTLE LLP


By:  */s/ Kevin M. Hogan*
      Kevin M. Hogan
      Joshua Glasgow
Attorneys for Defendant
*Environmental Resource Holdings LLC (f/k/a Occidental Chemical Corporation)*
One Canalside
125 Main Street
Buffalo, New York 14203-2887
Telephone No. (716) 847-8400
khogan@phillipslytle.com
jglasgow@phillipslytle.com


TO:    All Counsel of Record via CM/ECF


Doc #13034757